# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| HANEEF JACKSON-BEY <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | Civil Action No. 2:11 CV 307 arising from 209cr43 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The section 2255 motion is DENIED.  This case is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rudy Lozano  on a motion for Vacate under 28 U.S.C. 2255

Date: 1/24/2012

*CLERK OF COURT*

/s/ Kim Pastrick
*Signature of Clerk or Deputy Clerk*